November 8, 2014

Rafiyg Davis
6628 Blakemore St
Phila, PA 19119

Re: Davis v. Wenerowicz, et al
Case Number 14-04974

FILED
NOV 1 4 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

① Dear Clerk of Court,

Enclosed, please find exhibits (proof/facts that support my claim) in regards to the above captioned matter that I am submitting to the courts to be filed. Please file all exhibits and attach exhibits to the above complaint.

Also, I would like a copy of the above case number docket sheet after exhibits that I'm submitting to you have been filed.

Thank you,

Rafiyg Davis

11/8/2014

FAILURE TO OBEY THIS WRITTEN ORDER
WILL RESULT IN DISCIPLINARY ACTION
AGAINST YOU. YOU MUST TURN IN THE
PASS IMMEDIATELY UPON COMPLETION
OF THE PURPOSE FOR THE PASS.

**PASS SLIP**

NO: Hy 9358  NAME: Davis  DATE: 8/21/14

BLOCK: HM  ASSIGNMENT: 2025

DESTINATION: DCO (SPW CMT)

ISSUING AUTHORITY: _____ Signature _____ Time

DESTINATION AUTHORITY: _____ Signature 14/15 Time

RETURN AUTHORITY: _____ Signature _____ Time

DATE: _____

SUBJECT: ___ CREDIT FOR TIME S

TO:

FROM:        Motions Unit
             Criminal Justice Center
             1301 Filbert Street, 2nd Floor
             Philadelphia, Pennsylvania  19107

Kindly complete this form and return one copy to the Motions Unit to docket the Motion
for Credit for Time Served and send one copy to:

Christopher Thomas, Director, CMR
Philadelphia County Prison System
7901 State Road
Philadelphia, Pennsylvania  19136

*Contact this person
The prison Calculates
Time*

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) | 2. Date: |
|---|---|
| Counselor Ms. Ski | 7-27-14 |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
|---|---|
| Rafiya Davis HY9350 | Ski |
| *Rafiya* → HY9350   Inmate Signature | 5. Unit Manager's Name |
| | Pallott |

| 6. Work Assignment | 7. Housing Assignment |
|---|---|
| | CA²-42 |

8. Subject: State your request completely but briefly. Give details.

I would like to know my max date because the max date on my status sheet is wrong and it should be 8-10-14. I need to speak with you.

THANK YOU,

7-27-14                                          *Rafiya* → HY9350

9. Response: (This Section for Staff Response Only)

I have attached your 16E Status Summary sheet.

You need to talk to records I can't fix 16E's write Tom Rowlands

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ *Stenkosw* _____   Date 7/29/14
                          Print              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>*Copy* | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br>*Records : Tom Rowlands* | 2.  Date:<br>*8-4-14* |
| 3.   By: (Print Inmate Name and Number)<br>*Rafiyq Davis HY9350*<br><br>*[signature]  ———— HY9350*<br>Inmate Signature | 4.  Counselor's Name<br>*Strenkoski* |
|  | 5.  Unit Manager's Name<br>*Pallott* |
| 6.  Work Assignment | 7.  Housing Assignment<br>*CA²-42* |

8.  Subject:  State your request completely but briefly.  Give details.

*I would like to know my max date:*

*About 3 weeks ago Ms. DeGideo contacted Christopher Thomas at 7901 State Road while I was in her office in regards to time being credited towards my sentence, which he granted in the past on 7-12-13 but an error was made somewhere and on 1-15-14 it was taken away so he informed her that he was regranting the time credit and was going to contact you about the regranting of the time credit which put my max date to 8-11-14 (6 days from now) and not 1-10-15 (which is currently filed on records in the computer). Please help me fix this error because I want to go home when I'm suppose to on 8-11-14*

*8-11-14*                                                          *[signature]  ——→ HY9350*
                                                                          *C.C.*

9.   Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                                            Print                                Sign

Revised July 2000

| Form DC-135A **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) Counselor : Ms. Strenkoski | 2. Date: 8-4-14 |
|---|---|
| 3. By: (Print Inmate Name and Number) Rafiyq Davis HY9350  *[signature]* NON-NEGOTIABLE Inmate Signature | 4. Counselor's Name Strenkoski |
| | 5. Unit Manager's Name Pallott |
| 6. Work Assignment | 7. Housing Assignment CA²-42 |

8. Subject: State your request completely but briefly. Give details.

You told me to submit a request slip to you for an appointment (to schedule an appointment) so thats what I'm doing.

I really need to speak with you because I have the wrong max release date on my 16E status sheet (1-10-15) when my max date is/should be 8-11-14 because my prior counselor Ms. DeOrdeo contacted Christopher Thomas at 7901 State Road about 3 weeks ago while I was in her office and he informed her that he was intact granting the time credit but when I received a status sheet from you on 7-29-14 it still had the wrong max date (1-10-15) when it should be 8-11-14. Christopher Thomas informed Ms. DeOrdeo that he was going to contact Tom Rowlands in regards to the time credit but every time I submit him request slips in regards to this matter he never responds. All I want to do is go home when I'm suppose to and thats on 8-11-14, 6 days from now and correct the wrong max release date.

RAFIYQ DAVIS HY9350

8-4-14                                                                    c.c.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                                    Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br>*Ms. Strenkoski* | 2.  Date:<br>*8-4-14* |
| 3.  By: (Print Inmate Name and Number)<br>*Rafiyq Davis HY9350*<br><br>*~~signature~~ HY9350*<br>NON-NEGOTIABLE<br>Inmate Signature | 4.  Counselor's Name<br>*Strenkoski* |
|  | 5.  Unit Manager's Name<br>*Pallott* |
| 6.  Work Assignment | 7.  Housing Assignment<br>*CA²-42* |

8.  Subject: State your request completely but briefly. Give details.

I need to speak with you about an important matter in regards to my max date Ms. Pallott the unit Manager told me to submit a request to you stating that I need to speak with you and to put her name on it so you will do so. I need to speak with you. This is in regards to the wrong max date being on my status sheet when it should be 8-11-14 (6 days from now) and not 1-10-15

8-4-14                                                        *Rafiyq Davis HY9350*

                                                                          *C.C.*

9.  Response: (This Section for Staff Response Only)

*Your appointment is scheduled for 8/5/14 at 9:00am. Use this request as your pass to see me.*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ *Strenkoski* _____ Date *8/4/14*
                                Print                                      Sign

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>*COPY* | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>*Records Supervisor: Kim Nixon* | 2. Date: *8-5-14* |
| 3. By: (Print Inmate Name and Number)<br>*Rafiye Davis HY9350*<br><br>*Rafiye  HY9350*<br>NON-Negotiable<br>Inmate Signature | 4. Counselor's Name<br>*Strenkoski* |
| | 5. Unit Manager's Name<br>*Pallott* |
| 6. Work Assignment | 7. Housing Assignment<br>*CA²-42* |

8. Subject: State your request completely but briefly. Give details.

*An error has been made on my 16 E status sheet in regards to my max date of 1-10-15. About 3 weeks ago my prior Counselor Ms. DeGideo contacted (called) Christophy Thomas at 7901 State Road while I was in her office and he granted me time credit from 8-20-08 to 3-20-09 which puts my max date to 8-11-14 (6 days from now) and he informed her that he was going to contact (E-Mail) Tom Rowlands at records about the time credit being granted. On 7-29-14, I received a copy of my 16 E status sheet and it still has the wrong max date of 1-10-15 when it should be 8-11-14 which was granted through time credit which I am entitled to through Law,*

*My current counselor Ms. Strenkoski E-Mail you as well as Tom Rowlands about this serious issue and I have also submitted two request slips to Tom Rowlands on 7-29-14 and on 8-4-14 due to me not receiving a response on the first request I sent him, so now I'm contacting you about this matter personally,*

*Please Fix this error and contact me back.*

*8-5-14*                    *Rafiye  HY9350*
                           NON-NEGOTIABLE
                           E.C.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                      Print              Sign

Revised July 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1.  To: (Name and Title of Officer)<br>Superintendant | 2.   Date:<br>8-11-14 |
| 3.   By: (Print Inmate Name and Number)<br>Rafiug Davis HY9350<br><br>_Rafiug_ HY9350<br><div align="center">Inmate Signature</div> | 4.   Counselor's Name<br>Faubert |
| | 5.   Unit Manager's Name<br>Regan |
| 6.   Work Assignment | 7.   Housing Assignment<br>BA²-48 |

8.   Subject: State your request completely but briefly.  Give details.

Sometime in the middle of July 2014 my prior counselor Ms. DeGideo called Director, CMU, Christopher Thomas at 7901 State Road inregards to some time credit which he informed her he was granting and that put my max date to 8-11-14 (today) He also informed Ms. DeGideo that he was going to inform Records Supervisor Tom Rowlands of the granted time credit. I would like to know why am I still here.? Why isn't SCI-Graterford acknowledging Granted Time Credit.? I contacted both records supervisors via request slip and have yet to get a response. I informed Unit Manager Ms. Pallott and my prior counselor Ms. Strenkoski numerous times about this situation and they refused to do anything instead they moved me off of C Block to B Block because I kept complaining about this situation and filed a grievance on them for not doing their jobs. Now I'm on B Block and Unit Manager Mr. Regan and my counselor Faubert is doing absolutely nothing about this matter and now refuses to speak with me. Please look into this matter and contact me back letting me know whats going on and why I'm not released.           C.C.

9.   Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
<div align="center">Print                     Sign</div>

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Parole Supervisor | 2.  Date:   8-13-14 |
| 3.   By: (Print Inmate Name and Number)<br>Rafiya Davis  HY9350<br><br>Rafiya  HY9350<br>Inmate Signature | 4.   Counselor's Name<br>T. Faubert |
| | 5.   Unit Manager's Name<br>F. Regan |
| 6.   Work Assignment | 7.   Housing Assignment<br>BAZ-48 |

8.   Subject:  State your request completely but briefly.  Give details.

On 8-12-14, I received a new status summary DC16E with time credit that put my controlling maximum date to 4-1-14 and now I'm 136 days over my max release date. Also, on my DC16E page 2 sentence structure, my current status is inactive meaning my prison sentence has clearly expired and I'm suppose to be released by law but for some reason I'm still here and being held unlawfully without my consent which is considered kidnapping. I ask that you please fix whatever is current wrong because by law I am to be home right now and not incarcerated. My current counselor T. Faubert told me to contact you because he dont know why I'm not being released.
Once again, please fix whatever need to be fixed so I can be released.

Thank You,
Rafiya
C.C.

8-13-14

9.   Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                          Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>Records Supervisor: Tom Rowlands | 2. Date:<br>8-13-14 |
|---|---|

| 3. By: (Print Inmate Name and Number)<br>Rafiya Davis HY9350<br><br>_Rafiya HY9350_<br>Inmate Signature | 4. Counselor's Name<br>T. Faubert |
|---|---|
| | 5. Unit Manager's Name<br>F. Regan |

| 6. Work Assignment | 7. Housing Assignment<br>BA2-48 |
|---|---|

8. Subject: State your request completely but briefly. Give details.

On 8-12-14, I received a new DC16E-sentence status summary with time credited which out my max date to 4-1-14. Also, on Page 2 of my DC16E under sentence structure my current sentence is inactive meaning I'm not supposed to be confined right now by law and should be immediately released due to my max date, being well over expired by 135 days (4-1-14) and my sentence status being inactive. I would like to know why am I still held in custody/confined when I have fully completed my prison sentence (max out 135 days ago on 4-1-14) and my current sentence status being inactive? I would also like to what does it mean when a current sentence status is ruled inactive on a DC16E?
Please contact me back because you have already ignored my other two request slips I sent you or (By Law) release me immediately.'

Respectfully,
8-13-14
_C.L._

| 9. Response: (This Section for Staff Response Only) |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
  Print                    Sign

Revised July 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1.  To: (Name and Title of Officer)<br>*Records Supervisor; Kim Nixon* | 2.  Date:  *8-13-14* |
| 3.  By: (Print Inmate Name and Number)<br>*Rafiyq Davis HY9350*<br><br>*Rafiyq* ~~~~ *HY9350*<br>_____<br>Inmate Signature | 4.  Counselor's Name<br>*Faubert* |
| | 5.  Unit Manager's Name<br>*Regan* |
| 6.  Work Assignment | 7.  Housing Assignment<br>*BA²-48* |

8.  Subject:  State your request completely but briefly.  Give details.

On 8-12-14, I received a new DC16E-sentence status summary with time credited which put my Controlling Maximum Date to 4-1-14. Also, on Page 2 of my DC16E under sentence structure my current sentence status is inactive meaning I'm not supposed to be confined right now by law and should have been released immediately due to my Controlling Max date being well over expired by 135 days (4-1-14) and my current sentence status being inactive.

I would like to know why am I still held in Custody/confined when I have successfully forefilled my prison sentence (Maxed out 135 days ago on 4-1-14) and my current sentence status is inactive?

Please contact me back because you have already ignored my other requests, request slips I sent you or (By Law) release me immediately.

Respectfully,

*8-13-14*                                                                 *Rafiyq*
                                                                                    C.C.

| 9.  Response: (This Section for Staff Response Only) |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| | |
|---|---|
| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |

Staff Member Name _____ / _____ Date _____
                                          Print                          Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

| | |
|---|---|
| | **INSTRUCTIONS** |
| | Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1.  To: (Name and Title of Officer) Superintendant | 2.  Date: 8-13-14 |
|---|---|
| 3.  By: (Print Inmate Name and Number) Rafiya Davis HY9350 _Rafiya_ HY9350 ___Inmate Signature___ | 4.  Counselor's Name T. Faubert |
| | 5.  Unit Manager's Name F. Regan |
| 6.  Work Assignment | 7.  Housing Assignment BA2-48 |

8.  Subject:  State your request completely but briefly.  Give details.

On 8-12-14. I received a new DC16E status summary with time credit adjustments that put my now controlling maximum date to 4-1-14 and on page 2 under Sentence Structure the current status is inactive, meaning I have completed my time and my controlling max date is successfully expired. I am supposed to be released immediately but ya'll refuse to release me and hold me unlawfully without my consent which I am being kidnapped by you, your staff that refuses to do anything here at SCI-Graterford and the DOC.

By Law, I'm supposed to be released immediately. Please release me. I'm 136 days over my maximum date.

Thank You,
Rafiya
C-C.

8-13-14

9.  Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br>B Block Counselor: T. Faubert | 2.  Date:  8-13-14 |
| 3.  By: (Print Inmate Name and Number)<br>Rafiyq Davis HY9350<br>_Rafiyq Davis_  HY9350<br><div align="center">Inmate Signature</div> | 4.  Counselor's Name<br>Faubert |
|  | 5.  Unit Manager's Name<br>Regan |
| 6.  Work Assignment | 7.  Housing Assignment<br>BA²·48 |

8.  Subject:  State your request completely but briefly.  Give details.

I would like to know what does it mean when it says under sentence structure on a DC16E that a status is active?

I would also like to know what does it mean when it says under sentence structure on a DC16E that a status is inactive?

8-13-14                                                                Respectfully,

                                                                              _[signature]_

                                                                                   C.C.

9.  Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____

<div align="center">Print            Sign</div>

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>B Block Unit Manager ; Frank Regan | 2. Date: 8-13-14 |
|---|---|

| 3. By: (Print Inmate Name and Number)<br>Rafive Davis HY9350<br><br>_____ HY9350<br>Inmate Signature | 4. Counselor's Name<br>Faubert |
|---|---|
| | 5. Unit Manager's Name<br>Regan |

| 6. Work Assignment | 7. Housing Assignment<br>BA²-48 |
|---|---|

8. Subject: State your request completely but briefly. Give details.

I would like to know what does it mean when it says a status is active on a DC16E under sentence structure?
I would would also like to know what does it mean when it says a status is inactive on a DC16E under sentence structure?

8-13-14

Respectfully,

_____ C.C.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
           Print              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>*Superintendent Secretary: Omara* | 2. Date:<br>*8-13-14* |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>*Rafiya Davis HY9350*<br><br>*Davis*  HY9350<br>　　　　　Inmate Signature | 4. Counselor's Name<br>*Faubert* |
| | 5. Unit Manager's Name<br>*Regan* |
| 6. Work Assignment | 7. Housing Assignment<br>*BA²-48* |

8. Subject:  State your request completely but briefly.  Give details.

On 8-12-14, I received a new DC16E with time credited that put my max to 4-1-14 which I'm currently well over and on page #2 of my DC16E my current sentence status is ruled inactive which means I should have been released immediately.

I would like to know why I'm still confined in prison (SCI-Graterford) when my max date of 4-1-14 is expired by 135 days because my United States of American Constitutional rights are currently being violated and now I'm being held in custody unlawfully without my consent/against my will for apparently no reason at all! because my current status is rule inactive,

I ask/beg that I be released immediately for the reasons above

*8-13-14*

*Respectfully,*

*Davis*

*C.C.*

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
　　　　　　　　　　　　　Print　　　　　　　　　　Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
~~Deputy Day Lane~~

2. Date: 8-17-14

3. By: (Print Inmate Name and Number)
Rafiyq Davis HY9350

_____ HY9350
        Inmate Signature

4. Counselor's Name     Clark

5. Unit Manager's Name     Terra

6. Work Assignment

7. Housing Assignment     HA²-25

8. Subject: State your request completely but briefly. Give details.

I would like to know why am I currently being confined here at SCI-Graterford with a current inactive sentence status well beyond my maximum release date.?

8-17-14

Respectfully

C.C.

9. Response: (This Section for Staff Response Only)

Reimported mr is listed as 1/10/15.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____     Date 8-20-14
                    Print              Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

<table>
<tr><td colspan="2"><b>INSTRUCTIONS</b><br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.</td></tr>
</table>

| 1. To: (Name and Title of Officer) | 2. Date: 8-17-14 |
| --- | --- |
| MS. CLARK | |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
| --- | --- |
| HERMAN PATTON KJ-5859 | MRS CLARK |
| Horman Patton | |
| Inmate Signature | 5. Unit Manager's Name |

| 6. Work Assignment | 7. Housing Assignment |
| --- | --- |
| | L-H   25 Cell |

8. Subject: State your request completely but briefly. Give details.

I Would LiKE to Know, What does
An Active Status UNDER SENTENCE
STRUCTURE, ON my DC 16F MEAN.
And how do I get it to Become inActive
As SooN As Possible.

9. Response: (This Section for Staff Response Only)

It means the case is
Active → you have not
reached your max date
yet.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

Staff Member Name _____ / _____ Date _____
                         Print              Sign

Clar

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.   To: (Name and Title of Officer)<br>Superintendant Wenerowicz | 2.   Date:  8-17-14 |
| 3.   By: (Print Inmate Name and Number)<br>Rafiya Davis HY9350<br><br>Rafiya ⟶ HY9350<br>Inmate Signature | 4.   Counselor's Name<br>Clark |
| | 5.   Unit Manager's Name<br>Terra |
| 6.   Work Assignment | 7.   Housing Assignment<br>HA²-25 |

8.   Subject:  State your request completely but briefly.  Give details.

I would like to know why am I currently being confined here at SCI-Graterford with a current inactive sentence status well beyond my maximum release date? I am being held unlawfully by you in your facility without my consent and against my will. I have sent you two other request slips dated 8-11-14 and 8-13-14 but you have not yet responded. I ask/ beg you to release me immediately due to my inactive sentence status.

                                                                    Respectfully,

8-17-14                                                       Rafiya ⟶
                                                                         C.C.

9.   Response: (This Section for Staff Response Only)

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                                         Print                              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>*HA Counselor: Ms. Clark* | 2. Date: *8-18-14* |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>*Rafive Davis HY9350*<br>*Rafiyy  HY9350*<br><center>Inmate Signature</center> | 4. Counselor's Name  *Clark* |
|  | 5. Unit Manager's Name  *Terra* |
| 6. Work Assignment | 7. Housing Assignment  *HA²-25* |

8. Subject:  State your request completely but briefly.  Give details.

I would like to know what does an inactive sentence mean on my DC16E?

I would like to know why am I being held at SC1-Graterford with a current inactive sentence status well beyond my controlling Maximum date of 4-1-14?

Please Contact me back

Respectfully,

8-18-14                                                    *Rafiyy*
                                                                      C.C.

9.  Response: (This Section for Staff Response Only)

| To DC-14 CAR only    ☐ | To DC-14 CAR and DC-15 IRS    ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
<center>Print                    Sign</center>

Revised July 2000

DC-804
Part 1
Rev 9/2010

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE
_____
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI-GraterFord | DATE: 7-29-14 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Katina Davis HY9350 | SIGNATURE OF INMATE: Katina ⟶ HY9350 | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: CA⁸-42 cell | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

An Error has been made on my 16E (status summary sheet) where it states my max date is 1-10-15 when my max date is and should be 8-10-14. I was granted time credit by Christopher Thomas, who the courts told me to contact about this matter, in the past on 7-12-13 (see version 2 on 16E) by him but an error was made somewhere down the line which put my max date to ~~1-4-15~~. I contacted the courts about this matter and again they informed me to contact Christopher Thomas at 7901 State Road. I informed my counselor at the time (Ms. DeGideo) about the errors made in regards to my max date and she personally called Christopher Thomas, while I was in her office, and he stated that he was regranting the time credit (fixing the error made), which puts my ~~made date~~ max date back at 8-10-14 and that he was going to contact Tom Rowlands (Records) to inform him of such changes made and that was 2½ weeks ago. My new counselor (Ms. Stenkoski) sent me a copy of my 16E on 7-29-14 with the same max date of 1-10-15 and refuses to speak with me about this very important matter. I have less than two weeks to max my sentence out (8-10-14). Not 6 months (1-10-14) and if I'm held in custody past 8-10-14, I will be held unlawfully without my consent.

B. List actions taken and staff you have contacted, before submitting this grievance.

See Above

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**                      **Attachment 1-A**
Issued: 12/1/2010
Effective: 12/8/2010

DC-804
Part 1
Rev 9/2010

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE
5-00655
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI- GraterFord | DATE: 7-29-14 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Katiya Davis HY9350 | SIGNATURE OF INMATE: Katia HY9350 | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: CA-42 cell | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

An Error has been made on my 16E (status summary sheet) where it states my max date is 1-10-15 when my max date is and should be 8-10-14. I was granted time credit by Christopher Thomas, who the courts told me to contact about this matter, in the past on 7-12-13 (see version 2 on 16E) by him but an error was made somewhere down the line which put my max date to 1-4-15. I contacted the courts about this matter and again they informed me to contact Christopher Thomas at 7901 State Road. I informed my counslor at the time (Ms. DeGideo) about the errors made in regards to my max date regranting the time credit (Fixing the error made), which puts my max date back at 8-10-14 and that he was going to contact Tom Rowlands (Records) to inform him of such changes made and that was 2½ weeks ago. My new counselor (Ms. Stenkoski) sent me a copy of my 16E on 7-29-14 with the same max date of 1-10-15 and refuses to speak with me about this very important matter. I have less then two weeks to max my sentence out (8-10-14) Not 6 months (1-10-14) and if I'm held in custody past 8-10-14, I will be held unlawfully without my consent.

C.C.

B. List actions taken and staff you have contacted, before submitting this grievance.
See Above

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator          Date  7/31/14

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**                    **Attachment 1-A**
Issued: 12/1/2010
Effective: 12/8/2010

DC-804
Part 1
Rev 9/2010

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE |
| --- |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 8-11-2014 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) Rashee Davis HY9380 | SIGNATURE OF INMATE: Rashee HY9380 | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: BA3-48 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

This is my second grievance in regards to current sentence max release date which is wrong (1-10-15) and it should be 8-11-14 because my prior counselor Ms. DeOrdeo called Christopher Travis Director, CME or 330 spoke loud (while records advised to mental) and he informed her that he was granting no time credit from 6-20-08 to 3-20-09 towards CP-51-cc-000374-2008 which will put my max date to Today (today) and that he was going to contact The records Supervisor Tom Rowlands about the granted time credit and he refuses to do anything about it and lies to me stating that I still have an open/active case and my new counselor Mr. Faubert also refuses to do anything and deflect the necessary people like their trying to cover this matter up because its too late!

B. List actions taken and staff you have contacted, before submitting this grievance.

Wrote several request slips to both records supervisors but they refuse to answer them (I still have copies of everything I submitted).

see Above for rest.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator                 Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

DC-804
Part 1
Rev 9/2010

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE

_____
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI-Graterford | DATE: 8-15-14 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Eddie Davis  JY9350 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Kitchen worker 2nd Shift | HOUSING ASSIGNMENT: DA2-48 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.  *Nothing was erased nor crossed out.*
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 8-12-14, I received a new DC16E - Sentence Status Summary with time credit adjustments that put my current controlling maximum date to 4-1-14. Also on Page 2 of my DC16E under "remittee shutdown" my current sentence status is cited inactive meaning I'm currently not to be confined due to me, Maxing out my sentence (previously) that my current max date of 4-1-14 has expired. I am currently being held/confined in SCI-Graterford unlawfully without my consent (against my will) and clearly my United States of America Constitutional Rights are being violated and will continue to be violated every day I'm confined here because by Law I'm supposed to be/should have been released immediately due to the fact that my sentence status is currently inactive which the Department of Corrections-PA State and SCI-Graterford is well aware of because they were Distributed copies of my Up-dated DC16E as it states clearly at the bottom of my DC16E (facility counselor T. Faubert gave it to me). Now, my mental health by the DOC and imprisonment as well as the staff at SCI-Graterford I feel I'm currently being kidnapped no way out/Lost in the System with no chance of getting out. I also feel completely hopeless and sad. I'm losing my sleep and no longer have an appitite and dispise this ___

B. List actions taken and staff you have contacted, before submitting this grievance.

Frank Regan - Kicked me out his office and told me "GET OUT" because I told him that he wasn't doing his job when I contact the office of Investigations about (matter).
Counselor T. Faubert - told me that there's nothing he can do.
Psychiatrist - spoke with him about my current state of Mental Health condition and he referred me to the psychiatrist

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

___

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***                    ***Attachment 1-A***
Issued: 12/1/2010
Effective: 12/8/2010



# COMMONWEALTH OF PENNSYLVANIA
## DC16E - SENTENCE STATUS SUMMARY   DEPARTMENT OF CORRECTIONS



Name: Rafiyq  Davis                    Inmate #: HY9350          Certified Version 2 Dated 8/2/2013 10:04:06 AM

## 1.  REFERENCES AND IDENTIFICATION

| DOC #<br>HY9350 | Commitment Name<br>RAFIYQ  DAVIS | | PBPP #<br>230FX | SID #<br>32761917 | FBI #<br>878871TC8 | Phila Photo #<br>1002257 |
|---|---|---|---|---|---|---|
| DOB<br>02/06/1989 | Place of Birth<br>PHILA       PA USA | | | | Race<br>B | Sex<br>M |

## 2.  SENTENCE SUMMARY

| Sent Date | County/State/Federal | Indictments | Sent Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D |
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 | | 3 | | | 6 | | |
| **Plea:** Found Guilty | | **OTN:** N5090083 | | **Judge:** CEISLER, ELLEN | | | | | |
| **Offense:** CC6106A1 - FIREARM NOT TO BE CARRIED W/O LICENSE | | | | | | | | | |

| Reception Date | 03/25/2009 | Reentered from DOC # | |
|---|---|---|---|
| Controlling Minimum Date | 08/05/2011 | New Maximum - PV | |
| Controlling Maximum Date | 08/05/2014 | True Minimum Expiry Date | |
| RRRI Minimum Expiry Date | | | |

### Summary or Remarks on Sentence

| *Remarks* | VERSION 2 CREATED FOR CREDIT ADJUSTMENT AT CP0009574-2008, PER MEMO DATED 7/12/2013. |
|---|---|

## 3.  SENTENCE STRUCTURE

| **Commitment Credit** | |
|---|---|
| Computation 2 | CP0009574 CT2/2008 : 11/25/2007 to 11/27/2007, 12/08/2007 to 12/19/2007, 08/20/2008 to 03/20/2009 |

| *Remarks* | |
|---|---|

### Bail/Escape/Interruption Time Data

| None |
|---|

Name:  Rafiyq  Davis                              Inmate #: HY9350        Certified Version No:2  Dated 8/2/2013 10:04:06 AM

## 3.   SENTENCE STRUCTURE (Cont'd)

| Item | Computation 2 | | | |
|------|---------------|---|---|---|
| Indictments Included | CP0009574 CT2/2008 | | | |
| Eff Date | 08/05/2008 | | | |
| Expiration of Minimum | 08/05/2011 | | | |
| Expiration of Maximum | 08/05/2014 | | | |
| Custody for Return - PV | | | | |
| Delinquent Time | | | | |
| Backtime Credit | | | | |
| Backtime Owed | | | | |
| New Maximum - PV | | | | |
| Sentence Computation Date | 08/01/2013 | | | |
| Basis for Computation | Credit Adjustment | | | |
| Total Sentence | 3Y - 6Y | | | |
| Status | Active | | | |

Name:  Rafiyq   Davis                     Inmate #: HY9350      Certified Version No:2  Dated 8/2/2013 10:04:06 AM

## 4.   NON-INCARCERATED OFFENSES

| Sent Date | County/State/Federal | Indictments |
|---|---|---|
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 |
| Description: | Ct1 - Possession Of Firearm Prohibited - Probation; Ct3 - Carry Firearms Public in Phila - Probation | |
| Comments: | | |

## 5.   DETAINERS

**Active Detainers**

| Detainer# | Date | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| | | | | | |
| Charges | None | | | | |

**Deleted Detainers (For those deleted since last DC16)**

| Detainer# | Date Deleted | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| None | | | | | |
| Remarks | None | | | | |

## 6.   PRIOR DOC NUMBERS

| None | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## 7.   ACTIONS: BOARD OF PARDONS

| Decision Date | File Number | Action | Comments |
|---|---|---|---|
| None | | | |

**Last Modified By: Rinck, Martha A**

**Signed Off By: Sheffield, Cara Rose**

**Certified By: Sheffield, Cara Rose**                          **Institution:  Central Office**

# CREDIT TIME REVIEW FOR STATE INMATES
## (REVISION DE CREDITO DE TIEMPO PARA REOS DEL ESTADO)

FROM:   **P.P.S./C.M.R.**                                    2/19/14
(DE:)                                                        DATE
P.P.#   **1002257**                                          (FECHA)
(NUMERO DE REO:)
TO:     DAVIS, RAFIQ
(PARA:)
SUBJECT:   Credit Time Review - DOCKET # CP-51-CR-0009574-2008
(REFERENTE A:) (REVISION DE CREDITO DE TIEMPO)
After review,
(Despues de haver revisado,)

___   A revised credit memo has been forwarded to the record room of the institution
      you are currently housed.  (Un memo revisado ha sido enviado al departamento de archívos en la
      institución en la cual usted se encuentra en estos momentos)

**X**   You are not entitled to any more time.
      (No se le puede otórgar mas tiempo)

___   You are entitled to the following additional time.
      (Usted será otórgado(a) más tiempo)

A credit memo was generated on 1/15/14  awarding you time as follows:

| FROM: | TO: |
|---|---|
| 11/25/07 | 11/27/07 |
| 12/8/07 | 12/19/07 |
| 11/10/08 | 11/12/08 |
| 1/22/09 | 3/20/09 |

*SCI CREDIT REVIEW PDST*

**Please in the future, all credit inquires should be made through your assigned counselor at the
institution you are currently housed**
(**En el futuro, favor de enviar su pregunta al consejero assignado a la institución en la cúal se encuentra en estos
momentos**)

DISTRIBUTION:   1. (WHITE) P.P.S. – C.M.R.
                   (BLANCO)
                2. (YELLOW) P.P.S. – C.M.R. (REPLY)
                   (AMARILLO)                (RESPUESTA)
                3. (PINK) INMATE COPY
                   (ROSADO) COPIA DEL REO



# COMMONWEALTH OF PENNSYLVANIA
## DC16E - SENTENCE STATUS SUMMARY   DEPARTMENT OF CORRECTIONS

Name: Rafiyq  Davis             Inmate #: HY9350           Certified Version 3  Dated 2/19/2014 4:52:32 PM

## 1.   REFERENCES AND IDENTIFICATION

| DOC #<br>HY9350 | Commitment Name<br>RAFIYQ  DAVIS | | PBPP #<br>230FX | SID #<br>32761917 | FBI #<br>878871TC8 | Phila Photo #<br>1002257 |
|---|---|---|---|---|---|---|
| DOB<br>02/06/1989 | Place of Birth<br>PHILA          PA USA | | | | Race<br>B | Sex<br>M |

## 2.   SENTENCE SUMMARY

| Sent<br>Date | County/State/Federal | Indictments | Sent<br>Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D |
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 | | 3 | | | 6 | | |

| Plea: | Found Guilty | OTN:  N5090083 | | Judge:  CEISLER, ELLEN |
|---|---|---|---|---|

| Offense: | CC6106A1 - FIREARM NOT TO BE CARRIED W/O LICENSE | |
|---|---|---|

| Reception Date | 03/25/2009 | | Reentered from DOC # | |
|---|---|---|---|---|
| Controlling Minimum Date | 01/04/2012 | | New Maximum - PV | |
| Controlling Maximum Date | 01/04/2015 | | True Minimum Expiry Date | |
| RRRI Minimum Expiry Date | | | | |

### Summary or Remarks on Sentence

| Remarks | VERSION 3 CREATED TO ADJUST CREDIT AT CP0009574-2008 PER PHILA. PRISON MEMO DATED 01/15/2014.<br>VERSION 2 CREATED FOR CREDIT ADJUSTMENT AT CP0009574-2008, PER MEMO DATED 7/12/2013. |
|---|---|

## 3.   SENTENCE STRUCTURE

| Commitment Credit | |
|---|---|
| Computation 3 | CP0009574 CT2/2008 : 11/25/2007 to 11/27/2007, 12/08/2007 to 12/19/2007, 11/10/2008 to 11/12/2008, 01/22/2009 to 03/20/2009 |

| Remarks | |
|---|---|

### Bail/Escape/Interruption Time Data

| None |
|---|

Name:  Rafiyq  Davis                    Inmate #: HY9350      Certified Version No:3  Dated 2/19/2014 4:52:32 PM

### 3.   SENTENCE STRUCTURE (Cont'd)

| Item | Computation 3 | | | |
|---|---|---|---|---|
| Indictments Included | CP0009574 CT2/2008 | | | |
| Eff Date | 01/04/2009 | | | |
| Expiration of Minimum | 01/04/2012 | | | |
| Expiration of Maximum | 01/04/2015 | | | |
| Custody for Return - PV | | | | |
| Delinquent Time | | | | |
| Backtime Credit | | | | |
| Backtime Owed | | | | |
| New Maximum - PV | | | | |
| Sentence Computation Date | 02/19/2014 | | | |
| Basis for Computation | Credit Adjustment | | | |
| Total Sentence | 3Y - 6Y | | | |
| Status | Active | | | |

Name: Rafiyq  Davis                    Inmate #: HY9350          Certified Version No:3  Dated 2/19/2014 4:52:32 PM

## 4.   NON-INCARCERATED OFFENSES

| Sent Date | County/State/Federal | Indictments |
|---|---|---|
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 |
| Description: | Ct1 - Possession Of Firearm Prohibited - Probation; Ct3 - Carry Firearms Public in Phila - Probation | |
| Comments | | |

## 5.   DETAINERS

**Active Detainers**

| Detainer# | Date | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Charges | None | | | | |

**Deleted Detainers (For those deleted since last DC16)**

| Detainer# | Date Deleted | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| None | | | | | |
| Remarks | None | | | | |

## 6.   PRIOR DOC NUMBERS

| None | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## 7.   ACTIONS: BOARD OF PARDONS

| Decision Date | File Number | Action | Comments |
|---|---|---|---|
| None | | | |

**Last Modified By: Rauenzahn, Colin R**

**Signed Off By: Horst, Cynthia D**

**Certified By: Horst, Cynthia D**                              **Institution:  Central Office**



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: RAFIYQ DAVIS

INSTITUTION: SCI - GRATERFORD

PAROLE NO: 230FX

INSTITUTION NO: HY9350

AS RECORDED ON JUNE 17, 2014 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

RECOMMIT AS A TECHNICAL PAROLE VIOLATOR TO A STATE CORRECTIONAL INSTITUTION/CONTRACTED COUNTY JAIL TO SERVE 6 MONTHS, PURSUANT TO ACT 122 OF 2012.

--6 MONTHS FOR MULTIPLE TECHNICAL PAROLE VIOLATIONS.
--CONDITION #2, CHANGE OF RESIDENCE WITHOUT PERMISSION.
--CONDITION #7, UNSUCCESSFULLY DISCHARGED FROM DRC GAUDENZIA PROGRAM.
EVIDENCE RELIED ON: DOCUMENTED PBPP FORMS.
REASON: EARLY FAILURE ON PAROLE/REPAROLE. NOT AMENABLE TO PAROLE SUPERVISION. VIOLATIONS ESTABLISHED.

WHILE CONFINED YOU MUST ABIDE BY THE RULES AND REGULATIONS OF THE INSTITUTION AND COMPLY WITH THE INSTITUTION'S PRESCRIPTIVE PROGRAM REQUIREMENTS AS WELL AS:
BE EVALUATED FOR MENTAL HEALTH, DRUG AND ALCOHOL TREATMENT AND PARTICIPATE IN ANY TREATMENT DETERMINED APPROPRIATE.

YOU ARE REPAROLED AUTOMATICALLY WITHOUT FURTHER ACTION OF THE BOARD ON 11/07/2014, (1ST ACT 122 TPV RECOMMITMENT) PROVIDED YOU DO NOT 1) COMMIT A DISCIPLINARY INFRACTION INVOLVING ASSAULTIVE BEHAVIOR, SEXUAL ASSAULT, A WEAPON OR CONTROLLED SUBSTANCE: 2) SPEND MORE THAN 90 DAYS IN SEGREGATED HOUSING DUE TO ONE OR MORE DISCIPLINARY INFRACTIONS: 3) REFUSE PROGRAMMING OR A WORK ASSIGNMENT.
PAROLE RELEASE SUBJECT TO DETAINERS.

(CONTINUE ON PAGE 2 )

PAROLE VIOLATION MAX DATE: 01/10/2015

CC: DISTRICT ATTORNEY

CLIENT COPY
RAFIYQ DAVIS      HY9350
SCI - GRATERFORD
P. O. BOX 244
GRATERFORD, PA
19426

Notice of Board Decision
PBPP 15(08/02) 1 of 2

PAROLE NO:  230FX

(CONTINUED FROM PAGE 1 )

YOU SHALL ACHIEVE NEGATIVE RESULTS IN SCREENING TESTS RANDOMLY CONDUCTED BY THE BOARD
TO DETECT YOUR USE OF CONTROLLED SUBSTANCES AND DESIGNER DRUGS, AS DESIGNATED BY THE
CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT, OR TO DETECT YOUR USE OF ALCOHOL,
OR BOTH.  YOU ARE RESPONSIBLE FOR ALL TESTING COSTS.

ALL ABOVE/PREVIOUSLY IMPOSED PAROLE CONDITIONS APPLY TO EVERY SENTENCE FOR WHICH YOU
ARE NOW ON PAROLE, CONSTRUCTIVE OR OTHERWISE.

YOU SHALL PAY A MONTHLY SUPERVISION FEE AS DETERMINED BY PAROLE SUPERVISION STAFF TO THE
PAROLE BOARD WHILE UNDER SUPERVISION WITHIN THE COMMONWEALTH OF PENNSYLVANIA (ACT 35 OF
1991).

WHEN RELEASED TO THE COMMUNITY YOU MUST REPORT IN PERSON TO THE DISTRICT OFFICE OR SUB
OFFICE THE NEXT BUSINESS DAY (MONDAY THROUGH FRIDAY) BETWEEN THE WORKING HOURS OF 8:30
A.M. - 5:00 P.M. THE DECISION ANNOUNCED BY THIS BOARD ACTION (PBPP-15) WILL NOT TAKE EFFECT
UNTIL YOU HAVE SIGNED THE CONDITIONS (PBPP-11), AND THE RELEASE ORDERS (PBPP-10) HAVE BEEN
ISSUED.  YOU REMAIN UNDER THE JURISDICTION AND CONTROL OF THE DEPARTMENT OF CORRECTIONS
UNTIL YOU HAVE SIGNED THE PBPP-11, AND THE PBPP-10 HAS BEEN ISSUED.  THIS PBPP-15 DOES NOT
AUTHORIZE YOU TO CHANGE YOUR RESIDENCE FROM ANY COMMUNITY CORRECTIONS CENTER OR
GROUP HOME IN WHICH YOU MAY BE RESIDING WHEN YOU RECEIVE IT.

   IF YOU WISH TO APPEAL THIS DECISION, YOU MUST FILE A REQUEST FOR ADMINISTRATIVE RELIEF WITH
   THE BOARD WITHIN THIRTY DAYS OF THIS ORDER.  THIS REQUEST SHALL SET FORTH SPECIFICALLY
   THE FACTUAL AND LEGAL BASIS FOR THE ALLEGATIONS.  SEE 37 PA CODE SEC. 73.  YOU HAVE THE
   RIGHT TO AN ATTORNEY IN THIS APPEAL AND IN ANY SUBSEQUENT APPEAL TO THE COMMONWEALTH
   COURT.         DATE MAILED:      JUN 1 8 2014

(HR: 05/15/2014)
ANR  06/17/2014

PAROLE VIOLATION MAX DATE:  01/10/2015

CC: DISTRICT ATTORNEY

CLIENT COPY
RAFIYQ DAVIS      HY9350
SCI - GRATERFORD
P. O. BOX 244
GRATERFORD, PA
19426

*Kimberly A. Barkley*

Kimberly A. Barkley
Board Secretary
Notice of Board Decision
PBPP 15(08/02) 2 of 2

PBPP-39
Revised (04-2012)

# ORDER TO RECOMMIT
## COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE

**Name:** RAFIYQ DAVIS          **Inst. No:** HY9350          **Parole No:** 230FX

**District:** 01 - Philadelphia D.O.          **SID:** 32761917          **Date Paroled:** 04/07/2014

**Inst Parole From:** SCICT - SCI - Coal Township

**Recommit To:**   SCIG - SCI - Graterford          **Status:** ⊙ TPV  ◯ CPV

The above-named individual who was conditionally released on parole by the Pennsylvania Board of Probation and Parole has been found by the Board to have violated the conditions of parole. Therefore, the Board, by virtue of the authority conferred on it by law, orders said individual recommitted for further imprisonment for the remainder of the unexpired maximum term, or until otherwise released or discharged according to law.

### County, Bill & Term and OTN

| County Name | OTN | Indictment Number | Minimum Date |
|---|---|---|---|
| PHILAD | N5090083 | CP 080009574CT2 | 01/04/2012 |

### Parole Violation Date Calculation

| | |
|---|---|
| **Original Maximum Date:** | 01/04/2015 |
| **- Parole/Reparole/Delinquency/Board Warrant Date:** | 05/01/2014 |
| **+ Prior Parole Liberty Forfeited:** | 0D                = 00Y 00M 00D |
| **- Confinement Time:** | 0D                = 00Y 00M 00D |
| **- Backtime Credit:** | 0D                = 00Y 00M 00D |
| **Backtime Dates:** | |
| **= Backtime Owed:** | 248D              = 00Y 08M 03D |
| **+ Custody for Return:** | 05/07/2014 |
| **= Recomputed Maximum Date:** | 01/10/2015 |
| **+ Escape Time:** | 0D |
| **= New Maximum Date:** | 01/10/2015 |
| **Time Lost Due to:** | |
| **Delinquency:** | 6D                = 00Y 00M 06D |

| From | To | Time Period |
|---|---|---|
| 05/01/2014 | 05/07/2014 | 6D |

**Service of Another Sentence:**        0D                = 00Y 00M 00D

### Miscellaneous Notes

### Note Conviction



# COMMONWEALTH OF PENNSYLVANIA
## DC16E - SENTENCE STATUS SUMMARY   DEPARTMENT OF CORRECTIONS

Name: Rafiyq Davis | Inmate #: HY9350 | Closed Version 4 Dated 7/9/2014 2:17:52 PM

## 1. REFERENCES AND IDENTIFICATION

| DOC #<br>HY9350 | Commitment Name<br>RAFIYQ DAVIS | PBPP #<br>230FX | SID #<br>32761917 | FBI #<br>878871T88 | Phila Photo #<br>1002257 |
| DOB<br>02/06/1989 | Place of Birth<br>PHILA    PA USA | | | Race<br>B | Sex<br>M |

## 2. SENTENCE SUMMARY

| Sent Date | County/State/Federal | Indictments | Sent Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D |
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 | | 3 | | | 6 | | |
| Plea: Found Guilty | | OTN: N5090083 | Judge: CEISLER, ELLEN | | | | | | |
| Offense: CC6106A1 - FIREARM NOT TO BE CARRIED W/O LICENSE | | | | | | | | | |

| Reception Date | 05/08/2014 | Reentered from DOC # | |
|---|---|---|---|
| Controlling Minimum Date | 01/04/2012 | New Maximum - PV | 01/10/2015 |
| Controlling Maximum Date | 01/04/2015 | True Minimum Expiry Date | |
| RRRI Minimum Expiry Date | | | |

### Summary or Remarks on Sentence

*Remarks*  Version 4 created to recommit as a TPV per PBPP39 dated 6/17/14. This is an Act 122 case. Status change completed without benefit of DC15 or court committals

VERSION 3 CREATED TO ADJUST CREDIT AT CP0009574-2008 PER PHILA. PRISON MEMO DATED 01/15/2014.
VERSION 2 CREATED FOR CREDIT ADJUSTMENT AT CP0009574-2008, PER MEMO DATED 7/12/2013.

## 3. SENTENCE STRUCTURE

**Commitment Credit**
Computation 4        CP0009574 CT2/2008 : 11/25/2007 to 11/27/2007, 12/08/2007 to 12/19/2007, 11/10/2008 to 11/12/2008, 01/22/2009 to 03/20/2009

*Remarks*

### Bail/Escape/Interruption Time Data

None

Name: Rafiyq  Davis                    Inmate #: HY9350          Closed Version No:4  Dated 7/9/2014 2:17:52 PM

### 3.   SENTENCE STRUCTURE (Cont'd)

| Item | Computation 4 | | | |
|------|---------------|---|---|---|
| Indictments Included | CP0009574 CT2/2008 | | | |
| Eff Date | 01/04/2009 | | | |
| Expiration of Minimum | 01/04/2012 | | | |
| Expiration of Maximum | 01/04/2015 | | | |
| Custody for Return - PV | 05/07/2014 | | | |
| Delinquent Time | 6D | | | |
| Backtime Credit | | | | |
| Backtime Owed | 248D | | | |
| New Maximum - PV | 01/10/2015 | | | |
| Sentence Computation Date | 07/09/2014 | | | |
| Basis for Computation | TPV | | | |
| Total Sentence | 3Y - 6Y | | | |
| Status | Active | | | |

Name: Rafiyq  Davis                    Inmate #: HY9350          Closed Version No:4  Dated 7/9/2014 2:17:52 PM

## 4.   NON-INCARCERATED OFFENSES

| Sent Date | County/State/Federal | Indictments |
|-----------|----------------------|-------------|
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 |
| Description: | Ct1 - Possession Qf Firearm Prohibited - Probation; Ct3 - Carry Firearms Rublic in Phila - Probation | |
| Comments | | |

## 5.   DETAINERS

### Active Detainers

| Detainer# | Date | Agency | Agency Identification | OTN | Type |
|-----------|------|--------|------------------------|-----|------|
| | | | | | |
| Charges | None | | | | |

### Deleted Detainers (For those deleted since last DC16)

| Detainer# | Date Deleted | Agency | Agency Identification | OTN | Type |
|-----------|--------------|--------|------------------------|-----|------|
| None | | | | | |
| Remarks | None | | | | |

## 6.   PRIOR DOC NUMBERS

| None | | | | | | | | |
|------|--|--|--|--|--|--|--|--|

## 7.   ACTIONS: BOARD OF PARDONS

| Decision Date | File Number | Action | Comments |
|---------------|-------------|--------|----------|
| None | | | |

Last Modified By: Brungart, Dale R

Signed Off By: Brungart, Dale R                                    Institution:  Rockview



# COMMONWEALTH OF PENNSYLVANIA
## DC16E - SENTENCE STATUS SUMMARY   DEPARTMENT OF CORRECTIONS

Name: Rafiyq  Davis                          Inmate #: HY9350        Closed Version 5  Dated 8/12/2014 1:07:45 PM

## 1.   REFERENCES AND IDENTIFICATION

| DOC # | Commitment Name | PBPP # | SID # | FBI # | Phila Photo # |
|---|---|---|---|---|---|
| HY9350 | RAFIYQ DAVIS | 230FX | 32761917 | 878871TC8 | 1002257 |
| DOB | Place of Birth | | | Race | Sex |
| 02/06/1989 | PHILA  PA USA | | | B | M |

## 2.   SENTENCE SUMMARY

| Sent Date | County/State/Federal | Indictments | Sent Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D |
| 03/20/2009 | Philadelphia | CP0009574 CT2/2008 | | 3 | | | 6 | | |
| **Plea:** | Found Guilty | **OTN:** N5090083 | | **Judge:** CEISLER, ELLEN | | | | | |
| **Offense:** | CC6106A1 - FIREARM NOT TO BE CARRIED W/O LICENSE | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Reception Date** | 05/08/2014 | **Reentered from DOC #** | |
| **Controlling Minimum Date** | 04/01/2011 | **New Maximum - PV** | 01/10/2015 |
| **Controlling Maximum Date** | 04/01/2014 | **True Minimum Expiry Date** | |
| **RRRI Minimum Expiry Date** | | | |

### Summary or Remarks on Sentence

| *Remarks* | Version 5 created to amend credit dated 8/5/2014. STATUS CHANGE COMPLETED W/O BENEFIT OF DC-15 OR COURT COMMITTALS.<br>Version 4 created to recommit as a TPV per PBPP39 dated 6/17/14. This is an Act 122 case.  Status change completed without benefit of DC15 or court committals<br><br>VERSION 3 CREATED TO ADJUST CREDIT AT CP0009574-2008 PER PHILA. PRISON MEMO DATED 01/15/2014.<br>VERSION 2 CREATED FOR CREDIT ADJUSTMENT AT CP0009574-2008, PER MEMO DATED 7/12/2013. |
|---|---|

## 3.   SENTENCE STRUCTURE

| **Commitment Credit** | |
|---|---|
| Computation 5 | CP0009574 CT2/2008 : 11/25/2007 to 11/27/2007, 12/08/2007 to 12/19/2007, 02/20/2008 to 04/04/2008, 05/06/2008 to 07/25/2008, 08/20/2008 to 03/20/2009 |

| *Remarks* | |
|---|---|

### Bail/Escape/Interruption Time Data

| None |
|---|

August 13, 2014

Rafiya Davis HY4350
P.O. Box 244
Graterford PA 19426

Re: Parole # 230 FX

Dear Kimberly Barkley, Board Secretary,

My name is Rafiya Davis Parole # 230 FX and I am contacting you in regards to the following;

On 8-12-14 I received a new DC16E-Sentence Status summary sheet from Central off (see version 5) where there was a time credit adjustment that respectfully changed my controlling Maximum Date from 1-10-14 to 4-1-14 on 8-5-14.

By Law I am to be immediately released from custody here at SCI-Graterford because my Maximum Date from 1-10-14 to 4-1-14 under sentence structure have successfully maxed out my sentence and on Page 2 of my DC16E under sentence structure my current sentence status is ruled INACTIVE which means I should have been immediately released from prison. Confinement due to the expiration of my maximum sentence date (4-1-14) by law and due to me still being confined past my max date, I'm currently being held unlawfully without my consent/against my will.

The new DC16E has been Disturbed to you, Board of Probation and Parole (a copy) and your well aware of time credit adjustment but you/your office refuse to release me from incarceration unlawfully along with SCI-Graterford (DOC) Knowing my current controlling maximum date has expired (4-1-14).

Lastly beg that I be released immediately because my United States of America constitutional rights have now been clearly violated and will continue to be violated each day that goes past that I'm incarcerated because I'm well beyond my controlling max date (4-1-14) and my current sentence status is ruled INACTIVE.

Respectfully,

Rafiya Davis
Inmate #: HY4350
SCI-Graterford
P.O. Box 244
Graterford, PA 19426

8-13-2014

Re: Parole #230 EX

Dear D. Gianar, Parole Staff Technician,

Hi, my name is Rafiya Davis, Parole #230 EX and I am contacting you inregards to the following reason:

On 8-12-14, I received a new DCI6 E - Sentence Status Summary (see versions) with some time credit adjustment that put my controlling Maximum date of 4-1-14 (April 1, 2014) which should be immediately released because on page 2 under sentence structure, my current status is ruled inactive.

Now, being as though I received time credit that put my controlling Maximum Date of 4-1-14 (1½ months ago), and changed my old Max date (1-4-15), the current Board of Probation and Parole Decision of 8 months recommit for technical violations and a PV maximum date of 1-10-15 by Law should be/should have been immediately removed and I should have been immediately released once I received the New DCI6 E on 8-13-14 that changed my Max date from 1-10-14 to 4-1-14 because my current sentence status is currently inactive which means I completed my time fully.

Due to the above reasons, I ask that the Board of Probation and Parole fix their ever inactive which put my maximum date at 4-1-14 so I can be immediately released because on the PV new maximum date of 1-10-15 due to my current status changing on 8-5-14 now I'm being held unlawfully with out my consent and Sci-Graterford refuses to release me knowing my prison sentence has expired.

Thank You

8-13-14

[signature]

Rafiya Davis HY9350
P.O. Box 244
Graterford, PA 19426

C.C.