Sept 3, 2015

Rafiyq Davis #MB0010
Box 200
Camp Hill, PA 17001

Re: Rafiyq Davis v. Mike Wenerowicz, et al
Civil Action No. 14-4974

Dear Clerk of Court,

I'm currently Housed in the Restricted Housing Unit here at SCI-Camp Hill and the staff here has not provided me with enevelopes from the facility nor out of my property since I've been down there in the RHU on 8/8/15 (8-18-15) and I had to get an enevelope from my cellmate so thats why I'm now send you the completed USM-285 form that was sent to me on 8-21-15.

Also, enclosed please find Plaintiffs' Motion for Appointment of Counsel which Plaintiff really needs.

RECEIVED
SEP 8 2015

Thank You,
Rafiyq

9/3/15

Rafiyq Davis,

v.

Superintendant Mike Wenerowicz, et al.,

Civil Action

No. 14-4974

FILED
SEP -8 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## Motion For Appointment of Counsel

Plaintiff, Rafiyq Davis, respectfully request this Honorable court to Appoint Counsel to represent Plaintiff in the above Civil Action matter or be placed on the Prisoner Civil Rights pro bono program To be reviewed by a member of the volunteer attorney panel for the following

1. Plaintiff is currently representing self in another Civil Action which Plaintiff has to do extensive research and is Pro Se.

2. Plaintiff currently has limited access to Law Library.

3. Plaintiff has no funds to hire any representation/Attorney.

4. Issues in this matter are too complexed and needs expert cross-examination and testimony.

5. Plaintiff Already had a Defendant Discharged With Prejudice and does not want to have entire case Discharged due Plaintiff not knowing how to present case.

6. Plaintiff needs to serve process on Multiple Defendants.

7. Plaintiff is currently confined in segragation (Restricted Housing Unit).

Due to the above reasons, Plaintiff respectfully request this Honorable court to place this case on the Prisoner Civil Rights pro bono program for the volunteer attorney panel to view it for possible representation.

9/3/15

Rafiyq Davis #MB0016
Box 200
Camp Hill, PA 17001

## U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Rafiyq Davis | 14-4974 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mike Wenerowicz, et al. | Civil Rights Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kim Nixon

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SCI-Graterford Box 244 Graterford PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rafiyq Davis #MB0016
Box 200
Camp Hill, PA 17001

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER — DATE 9/3/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:



U.S.M.S.
X-RAY

inmate mail

Rafiyy Davis #MB0016
Box 200
Camp Hill, PA 17001

Eastern District of Pennsylvania
Office of Clerk
United States District Court
Phila, PA 19106-9865